**The DOW CHEMICAL COMPANY, Plaintiff–Appellant,**

v.

**MEE INDUSTRIES, INC., Defendant–Appellee.**

No. 04–1315.

United States Court of Appeals, Federal Circuit.

June 22, 2004.

Harold E. Wurst, Principal Attorney, Christie, Parker, Pasadena, CA, for Defendant–Appellee.

Arthur M. Lieberman, Principal Attorney, Abbey Green, of Counsel, Dickstein Shapiro, New York, NY, for Plaintiff–Appellant.

* Northpoint Technology, Ltd.

*ORDER*

Upon consideration of The Dow Chemical Company's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.